United States District Court
Southern District of Texas
**ENTERED**
May 22, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INTELLI SHOP INC., | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-00074 |
| FEDEX CORPORATION, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on May 3, 2024. Doc. #19. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Defendant FedEx Ground Package System, Inc.'s ("FedEx Ground") and FedEx Freight, Inc.'s Original Motion to Dismiss is hereby GRANTED IN PART. Doc. #6. FedEx Ground's Renewed Motion to Dismiss is GRANTED. Doc. #18. Accordingly, Plaintiff Intelli Shop, Inc.'s negligence/bailment claim is DISMISSED. In all other respects, the Original Motion to Dismiss is DENIED as MOOT. Moreover, FedEx Corp., Federal Express Corp., and FedEx Freight, Inc. are hereby DISMISSED from this case.

It is so ORDERED.

MAY 2 0 2024
_____        _____
Date                              The Honorable Alfred H. Bennett
                                  United States District Judge